1  ~~CRISTINA L. TALLEY, CITY ATTORNEY~~
   ~~MOSES W. JOHNSON, IV (SBN 118769)~~
2  ~~E-mail: mjohnson@anaheim.net~~
   ~~200 S. Anaheim Boulevard, Suite 356~~
3  ~~Anaheim, California  92805~~
   ~~Tel: (714) 765-5169 Fax: (714) 765-5123~~
4
   ~~Attorneys for Defendant CITY OF ANAHEIM~~
5  ~~and CITY OF ANAHEIM erroneously sued as~~
   ~~Anaheim Police Department~~

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL BIEL and NICOLE SAGE, | Case No.: SACV11-01308 AG (ANx) |
|---|---|
| Plaintiffs, | Assigned to: Hon. Andrew J. Guilford<br>Dept.: 10D |
| v. | **[~~PROPOSED~~] PROTECTIVE ORDER RE IA INFORMATION;** |
| | SCHEDULING CONFERENCE |
| CITY OF ANAHEIM, ANAHEIM POLICE DEPARTMENT and DOES 1 Through 10 inclusive, | DATE: December 5, 2011<br>TIME: 9:00 a.m<br>CTRM: 10D |
| Defendants. | Action Filed: August 30, 2011<br>Trial Date: None set |

The parties stipulated to a protective order re Internal Affairs information that was filed on or about December 5, 2011, and seek to have a protective order entered by the Court based on that stipulation.

IT IS SO ORDERED:

January 12, 2012

HON. ARTHUR NAKAZATO
United States Magistrate Judge

87466.1