CRISTINA L. TALLEY, CITY ATTORNEY
MOSES W. JOHNSON, IV (SBN 118769)
Assistant City Attorney
E-mail: mjohnson@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendant CITY OF ANAHEIM and CITY OF ANAHEIM erroneously sued as Anaheim Police Department, Officer Bryan Meier and Officer Brett Heitmann

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL BIEL and NICOLE SAGE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANAHEIM, ANAHEIM POLICE DEPARTMENT and DOES 1 Through 10 inclusive,<br><br>Defendants. | Case No.:   SACV 11-1308 AG (ANx)<br><br>Assigned to: Hon. Andrew J. Guilford<br>Dept.:           10D<br><br>**ORDER OF DISMISSAL**<br><br>Action Filed:   August 30, 2011<br>Trial Date:      October 16, 2012 |
|---|---|

Pursuant to the Stipulation of the parties filed on or about September 5, 2012 (copy attached) that the above-captioned action can be dismissed with prejudice pursuant to FRCP 41(a)(1) with each party is to bear its own costs and attorney's fees.

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice.

Dated: September 20, 2012

_____
HON. ANDREW J. GUILFORD
United States District Judge

Case No. SACV11-01308 AG (ANx)